# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COMITÉ DE APOYO A LOS
TRABAJADORES AGRÍCOLAS, et al.,

                Plaintiffs,

    v.

SOLIS, et al.,

                Defendants.

CIVIL ACTION

No. 09-240

## ORDER

**AND NOW**, this 24 day of November, 2010, it is hereby **ORDERED** as follows:

On September 10, 2010, plaintiffs filed a Motion to Add Additional Relief under Federal Rule of Civil Procedure 59(e) (docket no. 82). On October 27, 2010, I denied that motion in part, leaving one aspect of the motion to be addressed at a later date (docket no. 94). For the reasons discussed in the accompanying opinion, the remaining component of plaintiffs' motion, which asks this court to order the DOL to issue conditional labor certifications, is DENIED.

BY THE COURT:

 /s/ Louis H. Pollak
Pollak, J.