UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMITÉ DE APOYO A LOS TRABAJADORES AGRÍCOLAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HILDA SOLIS, et al., <br><br> Defendants. | CIVIL ACTION <br><br> No. 09-240 |

## ORDER

AND NOW, this  18  day of July, 2011, it is hereby **ORDERED** as follows:

On January 24, 2011, the plaintiffs filed a Motion for an Order Enforcing the Judgment. Dkt. 103. A portion of plaintiffs' motion to enforce was addressed in this court's Memorandum and Order of June 16, 2011. Dkts. 119, 120. For the reasons described in the accompanying memorandum, the remainder of plaintiffs' motion to enforce is **DENIED**.

BY THE COURT:

 /s/ Louis H. Pollak
Pollak, J.