IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMITÉ DE APOYO A LOS TRABAJADORES AGRÍCOLAS, et al., <br> Plaintiffs, <br><br> v. <br><br> HILDA SOLIS, et al | CIVIL ACTION <br><br> No. 09-240 |

## O R D E R

**AND NOW**, this <u>8</u> day of December, 2011, it is hereby **ORDERED** that:

1. Plaintiffs' Motion for Further Relief to Compel Compliance with Court Orders (Docket No. 127) is **DENIED**, and

2. It is further **ORDERED** that on and after January 1, 2012 the Department of Labor, in administering the H-2B program, is **ENJOINED** from utilizing the H-2B wage regulation of December 19, 2008 (73 Fed. Reg. 78020) unless the Department of Labor is barred by (1) an injunctive decree of any court, or (2) a federal statute, from utilizing the H-2B Wage Rule of January 19, 2011 (76 Fed. Reg. 3452) in administering the H-2B program.

BY THE COURT:

_/s/ L. H. Pollak_
Pollak, J.