IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMITE DE APOYO A LOS TRABAJADORES AGRICOLAS, et. al. | : : : | CIVIL ACTION |
| v. | : : | |
| HILDA SOLIS, in her official capacity as United States Secretary of Labor, et. al. | : : | NO. 09-240 |

O R D E R

AND NOW, this 21st day of March, 2013, for the reasons set forth in the accompanying OPINION, it is hereby ORDERED that Plaintiff's Motion for a Temporary Restraining Order and Preliminary and Permanent Injunctive Relief (Doc. No. 152) is GRANTED IN PART AND DENIED IN PART as follows:

1. Plaintiffs' Motion for Permanent Injunctive Relief is GRANTED.

2. The 2008 Wage Rule, 73 Fed. Reg. 78020-01, 78056 (as codified at 20 C.F.R. § 655.10(b)(2)) (Dec. 19, 2008), is VACATED AND REMANDED to the Department of Labor.

3. Plaintiff's Motion for a Temporary Restraining Order and for Preliminary Injunctive Relief is DENIED as MOOT.

4. The Department of Labor shall come into compliance with this Order within thirty (30) days.

BY THE COURT:

s/Legrome D. Davis

Legrome D. Davis, J.